# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| SANG TRAN, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | 2:10-cv-531-GZS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants ) | |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 6) filed February 16, 2011, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's complaint is **DISMISSED** in its entirety for Plaintiff's failure to prosecute the action.

                                                 /s/ George Z. Singal
                                                 United States District Judge

Dated this 16th day of March, 2011.